No. 78. DUNCAN *v.* THOMPSON, TRUSTEE. October 13, 1941. Petition for writ of certiorari to the Springfield Court of Appeals of Missouri granted. *Messrs. Harry G. Waltner, Jr.* and *John Moberly* for petitioner.

No. 83. MERION CRICKET CLUB *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. John Lewis Evans* for petitioner. *Solicitor General Biddle* for the United States.

No. 91. FISCHER, COMMISSIONER OF INSURANCE OF IOWA, RECEIVER, *v.* AMERICAN UNITED LIFE INSURANCE CO. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Willis J. O'Brien* and *John N. Hughes* for petitioner. *Messrs. Clayton F. Jennings* and *Robert A. Adams* for respondents.

No. 95. PUERTO RICO *v.* RUSSELL & CO., S. EN C. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. William Cattron Rigby, George A. Malcolm,* Attorney General of Puerto Rico, and *Nathan R. Margold* for petitioner. *Mr. George M. Wolfson* for respondent.

No. 96. PUERTO RICO *v.* RUBERT HERMANOS, INC. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. William Cattron Rigby, George A. Malcolm,* Attorney General of Puerto Rico, and *Nathan R. Margold* for petitioner. *Mr. Henri Brown* for respondents.